1  McGREGOR W. SCOTT
   United States Attorney
2  LAUREL J. MONTOYA
   Assistant U.S. Attorney
3  4401 Federal Building
   2500 Tulare Street
4  Fresno, California  93721
   Telephone:  (559) 497-4000
5

FILED

MAR 3 1 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

6          IN THE UNITED STATES DISTRICT COURT FOR THE

7              EASTERN DISTRICT OF CALIFORNIA

8  UNITED STATES OF AMERICA,          )    NO.: 1:06-cr-000067 AWI
                                      )
9              Plaintiff,             )
                                      )
10                v.                  )    REQUEST BY THE UNITED
                                      )    STATES TO UNSEAL
11 WILLIAM LON TODD, and              )    CRIMINAL COMPLAINT
   JIMMY WAYNE REYNOLDS,              )
12                                    )
               Defendants.            )
13 _____    )

14      Comes now the United States, by and through its attorneys of

15 record, McGREGOR W. SCOTT, United States Attorney, and Laurel J.

16 Montoya, Assistant United States Attorney, and request leave of

17 the Court to unseal the Criminal Complaint and the Warrant For

18 Arrest in the above-referenced matter.

19 DATED: March 31, 2006              Respectfully submitted,

20                                    McGREGOR W. SCOTT
                                      United States Attorney
21

22                                    By: /S/ Laurel J. Montoya
                                      LAUREL J. MONTOYA
23                                    Assistant U.S. Attorney

24 IT IS SO ORDERED:

25 DATED: March 31, 2006

26                                    Hon.  LAWRENCE J. O'NEILL
                                      U.S. Magistrate Judge
27

28

                                    1