McGREGOR W. SCOTT
United States Attorney
LAUREL J. MONTOYA
Assistant U.S. Attorney
Federal Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:06-cr-00067 AWI |
| | ) | |
| Plaintiff, | ) | STIPULATION TO CONTINUE |
| | ) | MOTIONS HEARING |
| v. | ) | |
| | ) | |
| WILLIAM TODD LON, et al., | ) | |
| | ) | |
| Defendants. | ) | |

The parties herein, through their respective counsel, hereby agree and stipulate that the hearing currently set for June 26, 2006 at 9 a.m. be continued to July 24, 2006 at 9 a.m. and; responses due July 3, 2006 with a reply due July 10, 2006.

Pursuant to 18 U.S.C. §3161(h)(i)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(i), we would ask that exclusion of time be granted

DATED: June 15, 2006                    McGREGOR W. SCOTT
                                        United States Attorney

                                        By /s/ Laurel J. Montoya

                                        LAUREL J. MONTOYA
                                        Assistant U.S. Attorney

1
2  DATED: June 15, 2006                     /s/ Anthony P. Capozzi
                                            ANTHONY P. CAPOZZI
3                                           Attorney for William Lon Todd
4
5  DATED: June 15, 2006                     /s/ Eric Kersten
                                            ERIC KERSTEN
6                                           Attorney for Jimmy Wayne Reynolds
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER

IT IS HEREBY ORDERED THAT the motions hearing currently set for June 26, 2006 at 9 a.m. be continued to July 24, 2006 at 9 a.m. and; responses due July 3, 2006 with a reply due July 10, 2006.

IT IS SO ORDERED.

**Dated:   June 16, 2006**             /s/ **Anthony W. Ishii**
0m8i78                                  UNITED STATES DISTRICT JUDGE