1  McGREGOR W. SCOTT
   United States Attorney
2  LAUREL J. MONTOYA
   Assistant U.S. Attorney
3  4401 Federal Courthouse
   2500 Tulare Street
4  Fresno, California 93721
   Telephone: (559) 497-4000
5
6
7
8                IN THE UNITED STATES DISTRICT COURT FOR THE
9                        EASTERN DISTRICT OF CALIFORNIA
10
11 UNITED STATES OF AMERICA,       )   1:06-cr-0067 AWI
                                   )
12            Plaintiff,           )
                                   )
13      v.                         )   STIPULATION TO CONTINUE
                                   )   MOTIONS HEARING AND
14 WILLIAM LON TODD, and           )   ORDER THEREON
   JIMMY WAYNE REYNOLDS,           )
15                                 )
              Defendants.          )
16 _____ )

17      IT IS HEREBY STIPULATED by and between the parties hereto, and through their

18 respective counsel, that the status conference hearing currently set for September 11, 2006 may be

19 continued to **September 18, 2006 at 9:00 a.m.**  This request is being made due to the fact that a

20 scheduling conflict has arisen.  Also, additional time is needed to discuss the resolution of this

21 matter and to allow for additional pre-trial investigation.  The parties agree that the delay resulting

22 from the continuance shall be excluded in the interests of justice, including but not limited to, the

23 //
24 //
25 //
26 //
27 //
28 //

                                    1

need for the period of time set forth herein for effective defense preparation and continuity of counsel pursuant to 18 U.S.C. §§ 3161(h)(8)(A), and 3161(h)(8)(B)(i).

Dated: August 16, 2006

McGREGOR W. SCOTT
United States Attorney

By: /s/ Laurel J. Montoya
LAUREL J. MONTOYA
Assistant U.S. Attorney

Dated: August 16, 2006

/s/ Anthony P. Capozzi
ANTHONY P. CAPOZZI
Attorney for the Defendant Todd

Dated: August 16, 2006

/s/ Eric V. Kersten
ERIC V. KERSTEN
Attorney for Defendant Reynolds

ORDER CONTINUING HEARING DATE

IT IS SO ORDERED.  The status conference is continued to September 18, 2006 at 9:00 a.m.  Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A), and 3161(h)(8)(B)(i).

IT IS SO ORDERED.

**Dated:    August 18, 2006**          /s/ Anthony W. Ishii
0m8i78                                 UNITED STATES DISTRICT JUDGE