1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  ERIC V. KERSTEN, Bar #226429
   Assistant Federal Defender
3  2300 Tulare Street, Suite 330
   Fresno, California  93721-2226
4  Telephone: (559) 487-5561

5  Attorney for Defendant
   JIMMY WAYNE REYNOLDS
6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )   No. 1:06-cr-00067 AWI
                                       )
12                    Plaintiff,       )   STIPULATION TO CONTINUE STATUS
                                       )   CONFERENCE AND ORDER THEREON
13         v.                          )
                                       )   Date:   January 22, 2007
14  WILLIAM LON TODD, and              )   Time:   9:00 a.m.
    JIMMY WAYNE REYNOLDS,              )   Judge: Hon. Anthony W. Ishii
15                                     )
                                       )
16                    Defendants.      )
                                       )
17  _____)

18         IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel,

19  LAUREL J. MONTOYA, Assistant United States Attorney, counsel for Plaintiff, ANTHONY P.

20  CAPOZZI, counsel for Defendant WILLIAM LON TODD, and ERIC V. KERSTEN, Assistant Federal

21  Defender, counsel for Defendant JIMMY WAYNE REYNOLDS, that the date for status conference in this

22  matter may be continued to January 22, 2006.  **The date currently set for status conference is**

23  **December 11, 2006.  The requested new date is January 22, 2006.**

24         The reason for this request is that additional time is needed to conduct  investigation and

25  negotiations in an attempt to resolve this matter.

26         The parties agree that the delay resulting from the continuance shall be excluded as necessary for

27  ///

28  ///

1  effective defense preparation pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

2

3                                                    McGREGOR W. SCOTT
                                                     United States Attorney

4

5  DATED: December 6, 2006            By /s/ LAUREL J. MONTOYA
                                          LAUREL J. MONTOYA
6                                         Assistant United States Attorney
                                          Attorney for Plaintiff

7

8

9  DATED: December 6, 2006             /s/ Anthony P. Capozzi
                                        ANTHONY P. CAPOZZI
                                        Assistant Federal Defender
10                                      Attorney for Defendant
                                        WILLIAM LON TODD

11

12                                                   DANIEL J. BRODERICK
                                                     Federal Defender
13

14

15  DATED: December 6, 2006           By /s/ Eric V. Kersten
                                         ERIC V. KERSTEN
16                                       Assistant Federal Defender
                                         Attorney for Defendant
                                         JIMMY WAYNE REYNOLDS

17

18

19

20                                 **O R D E R**

21      **IT IS SO ORDERED.** The intervening period of delay is excluded in the interests of justice

22  pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

23

    IT IS SO ORDERED.
24
    **Dated:    December 8, 2006**            _____/s/ Anthony W. Ishii_____
25  0m8i78                                    UNITED STATES DISTRICT JUDGE

26

27

28

Stipulation to Continue Status Conference          2