ANTHONY P. CAPOZZI, CSBN 068525
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, CA  93711
Telephone:  (559) 221-0200
Fax:  (559) 221-7997
E-mail:  capozzilaw@aol.com

Attorney for Defendant,
WILLIAM LON TODD

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: CR-F-06-0067 AWI |
| Plaintiff, | ) STIPULATION FOR CONTINUANCE AND |
| vs. | ) ORDER THEREIN |
| WILLIAM LON TODD | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED between the Defendant, WILLIAM LON TODD, by and through his attorney of record, Anthony P. Capozzi, and Plaintiff, by and through Assistant United States Attorney, Laurel J. Montoya, that the Hearing now set for Monday, January 22, 2007 at 9:00 a.m. be continued to Monday, February 5, 2007 at 9:00 a.m.

It is further stipulated by the parties that any delay resulting from this continuance shall be excluded on the following basis:

1. Title 18, United States Code, Section 3161(h)(1)(f) -- Any period of delay resulting from other proceedings concerning the defendant, including but not limited to any pretrial motion,

     from the filing of the motion through the conclusion of the hearing on, or other prompt disposition of, such motion;
2. Title 18, United States Code, Section 3161(h)(8)(A) -- that the ends of justice served by taking such action outweighs the best interest of the public and the defendant in a speedy trial;
3. Title 18, United States Code, Section 3161(h)(8)(ii) -- that it is unreasonable to expect adequate preparation for pre-trial proceedings or for the trial itself with the time limits established due to the complexity of the case.

                                          Respectfully submitted,

Dated:  January 18, 2007

                                            /s/ Anthony P. Capozzi
                                          Anthony P. Capozzi,
                                          Attorney for Defendant,
                                          WILLIAM LON TODD

Dated:  January 18, 2007

                                            /s/ Laurel J. Montoya
                                          Laurel J. Montoya,
                                          Assistant U.S. Attorney

**ORDER**

    IT IS SO ORDERED.  Good cause having been shown, the Motions Hearing now set for January 22, 2007, be continued to February 5, 2007 at 9:00 a.m.  Additionally, time shall be excluded by stipulation from the parties and pursuant to 18 USC §§ 3161 (h)(1)(f), 3161(h)(A) and 3161(h)(B)(ii).

IT IS SO ORDERED.

**Dated:   January 19, 2007**          **/s/ Anthony W. Ishii**
0m8i78                                 UNITED STATES DISTRICT JUDGE