| | |
|---|---|
| 1 | DANIEL J. BRODERICK, Bar #89424 |
|   | Federal Defender |
| 2 | ERIC V. KERSTEN, Bar #226429 |
|   | Assistant Federal Defender |
| 3 | 2300 Tulare Street, Suite 330 |
|   | Fresno, California 93721-2226 |
| 4 | Telephone: (559) 487-5561 |
| 5 | Attorney for Defendant |
|   | JIMMY WAYNE REYNOLDS |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 1:06-cr-00067 LJO |
|---|---|---|
| *Plaintiff,* | ) | STIPULATION TO CONTINUE STATUS |
| | ) | CONFERENCE AND ORDER THEREON |
| v. | ) | |
| WILLIAM LON TODD, and | ) | |
| JIMMY WAYNE REYNOLDS, | ) | Date: March 23, 2007 |
| | ) | Time: 9:00 a.m. |
| *Defendants.* | ) | Judge: Hon. Lawrence J. O'Neill |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, LAUREL J. MONTOYA, Assistant United States Attorney, counsel for Plaintiff, ANTHONY P. CAPOZZI, counsel for Defendant WILLIAM LON TODD, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for Defendant JIMMY WAYNE REYNOLDS, that the date for status conference in this matter may be continued to March 23, 2007. **The date currently set for status conference is March 9, 2007. The requested new date is March 23, 2007.**

The matter was originally scheduled for March 5, 2007, but was moved to March 9, 2007 by the court, upon reassignment to the Hon. Lawrence J. O'Neill. The new date does not work as counsel Eric Kersten will be out of the state on March 9, 2007, through March 16, 2007, and counsel Anthony Capozzi has a previously scheduled hearing on a motion to dismiss, in Salinas, California, on March 9, 2007. Additional time is also requested to allow for further defense investigation.

The parties agree that the delay resulting from the continuance shall be excluded as necessary to allow the defendants continuity of counsel, and also for effective defense preparation, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv). For these reasons, the ends of justice served by the granting of the requested continuance outweigh the interests of the public and the defendants in a speedy trial.

                                        McGREGOR W. SCOTT
                                        United States Attorney

DATED: March 7, 2007                     By /s/ Laurel J. Montoya
                                        LAUREL J. MONTOYA
                                        Assistant United States Attorney
                                        Attorney for Plaintiff

DATED: March 7, 2007                        /s/ Anthony P. Capozzi
                                        ANTHONY P. CAPOZZI
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        WILLIAM LON TODD

                                        DANIEL J. BRODERICK
                                        Federal Defender

DATED: March 7, 2007                     By /s/ Eric V. Kersten
                                        ERIC V. KERSTEN
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        JIMMY WAYNE REYNOLDS

## O R D E R

The Court finds that good cause exists, both for the continuance and the exclusion of time, based on the representations in the stipulation, above. The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

IT IS SO ORDERED.

**Dated:**   **March 7, 2007**                    /s/ Lawrence J. O'Neill
b9ed48                                     UNITED STATES DISTRICT JUDGE