# United States District Court
## EASTERN DISTRICT OF CALIFORNIA



FILED
MAY 22 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

| | |
|---|---|
| United States of America<br>vs.<br>William Lon Todd | Case No. 06-0067LJO |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____William Lon Todd_____, have discussed with _____Lydia J. Serrano_____, Pretrial Services Officer, modifications of my release conditions as follows:

Deleting the Home Incarceration condition and replacing it with: Home Detention - You are restricted to your residence at all times except for employment, education, religious services, medical, substance abuse, or mental health treatment; attorney visits, court appearances; court obligations; or other activities pre-approved by the Pretrial Services Officer.

All other previously ordered conditions not in conflict remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  5-17-07        _____  5-17-07
Signature of Defendant     Date         Pretrial Services Officer    Date
William Lon Todd                        Lydia J. Serrano

I have reviewed the conditions and concur that this modification is appropriate.

_____                                  5/21/2007
Signature of Assistant United States Attorney          Date
Laurel Montoya

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                                  5/17/07
Signature of Defense Counsel                           Date
Anthony Capozzi

### ORDER OF THE COURT

[✓] The above modification of conditions of release is ordered, to be effective on  22 May 2007
[ ] The above modification of conditions of release is *not* ordered.

_____                                  _____
Signature of Judicial Officer                          Date

cc:   U.S. Attorney's Office, Defense Counsel, Pretrial Services