# United States District Court
## EASTERN DISTRICT OF CALIFORNIA


FILED
SEP 11 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

**United States of America**
vs.
William Lon Todd

Case No.  06-0067 LJO

# CONSENT TO MODIFY CONDITIONS OF RELEASE

I, ___William Lon Todd___, have discussed with ___Lydia J. Serrano___, Pretrial Services Officer, modifications of my release conditions as follows:

Deleting the condition pertaining to Home Confinement - Home Detention with electronic monitoring, and replacing it with:

> You shall participate in the following home confinement program components and abide by all the requirements of the program, which will include electronic monitoring.
>
> **CURFEW:** You are restricted to your residence everyday from 10 pm to 6 am, as directed by the Pretrial Services Officer.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  8-30-07      _____  8-30-07
Signature of Defendant   Date          Pretrial Services Officer   Date
William Lon Todd                        Lydia J. Serrano

I have reviewed the conditions and concur that this modification is appropriate.

_____                 8-31-07
Signature of Assistant United States Attorney   Date
Laurel Montoya/Kim Sanchez

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                 9/10/07
Signature of Defense Counsel            Date
Anthony Capozzi

## ORDER OF THE COURT

☒ The above modification of conditions of release is ordered, to be effective on  9/11/07  .
☐ The above modification of conditions of release is *not* ordered.

_____                 9/11/07
Signature of Judicial Officer           Date

cc:   U.S. Attorney's Office, Defense Counsel, Pretrial Services